**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES B. STUBBLEFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:06-CV-1018  CAS |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court pursuant to the Report and Recommendation of United States

Magistrate Judge Thomas C. Mummert, III, filed July 18, 2007.  See 28 U.S.C. § 636(b).  The

Magistrate Judge recommended that the Court grant plaintiff's request to reverse the decision of the

Commissioner and remand the case for further administrative proceedings.  Neither party has filed

an objection to the recommendation.

After careful review of the matter, the Court concurs with the recommendation of the

Magistrate Judge that the Commissioner's decision in this matter should be reversed and this case

remanded for further administrative proceedings.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States

Magistrate Judge is **sustained, adopted** and **incorporated** herein.  [Doc. 17]

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **REVERSED**.

**IT IS FURTHER ORDERED** that pursuant to sentence four of 42 U.S.C. § 405(g), this

case is **REMANDED** to the Commissioner for further proceedings consistent with the Report and

Recommendation.

An appropriate judgment of remand will accompany this order.



**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**



Dated this ____28th____ day of August, 2007.